# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 99-50895
Summary Calendar

PFIZER INC,

Plaintiff-Appellant,

v.

TEXAS PROPERTY AND CASUALTY
INSURANCE GUARANTY ASSOCIATION,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Texas

(A-99-CV-143-SS)

February 9, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Pfizer, plaintiff-appellant, appeals the dismissal of the case by the district court for lack of subject matter jurisdiction. We have reviewed the record and the parties' briefs and AFFIRM for essentially the same reasons stated by the district court in its order dated August 3, 1999.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.